| | |
|---|---|
| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT TACOMA |

| | |
|---|---|
| DIANA ZOE ELLIS,<br><br>                Plaintiff,<br><br>    v.<br><br>CHRISTINE GREGOIRE, et al,<br><br>                Defendants. | Case No.  C06-5312RBL<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS |

Plaintiff has filed an application to proceed in forma pauperis. [Dkt. #1]

The district court may permit indigent litigants to proceed in forma pauperis upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a).  However, the court has broad discretion in denying an application to proceed in forma pauperis. *Weller v. Dickson*, 314 F.2d 598 (9th Cir. 1963)*, cert. denied* 375 U.S. 845 (1963).  Additionally, notwithstanding any filing fee, or any portion thereof, the court may dismiss a case at any time if it determines that (A) the allegation of poverty is untrue, or (B) the action is (i) frivolous or malicious, or (ii) fails to state a claim on which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(A) and (B).

Here, the Plaintiff seeks to assert three claims against Governor Gregoire, including "falsification of state records, fraud and theft."  Plaintiff apparently disagrees with what appear to be official transcripts from Washington's Community College System from the 1980s.   Plaintiff has made no showing of this court's jurisdiction over her claims, and none is apparent from the face of her various filings.

ORDER
Page - 1

1   Accordingly, the Court DENIES Plaintiff's application to proceed in forma pauperis.

2   DATED this 23rd day of June, 2006.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2